IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> ENTREC CORPORATION, et al., § <br> § <br> *Plaintiffs and Counter Defendants,* § <br> § <br> Debtors in a Foreign Proceeding § <br> § <br> § <br> § <br> WOLVERINE ENERGY AND § <br> INFRASTRUCTURE INC., § <br> § <br> *Plaintiff and Counter-Defendant,* § <br> § <br> VS. § <br> § <br> ENT CAPITAL CORP., ENTREC § <br> HOLDINGS INC., ENTREC CRANES & § <br> HEAVY HAUL INC., and ENTREC § <br> CORPORATION, § <br> § <br> *Defendants and Counter-Plaintiffs.* § | CASE NO. 20-32643 <br> (Chapter 15) <br> JOINTLY ADMINISTERED <br><br> ADV. No. 20-03455 |

**WOLVERINE ENERGY AND INFRASTRUCTURE, INC.'S WITNESS AND EXHIBIT LIST FOR THE APRIL 15, 2021 BIFURCATED TRIAL**

Wolverine Energy and Infrastructure, Inc. ("Wolverine") hereby submits this witness and exhibit list for the April 15, 2021 Bifurcated Trial on the sole issue of whether or not Wolverine performed a field exam, in compliance with the Asset Purchase Agreement, before the Honorable Marvin Isgur, United States Bankruptcy Court for the Southern District of Texas.

**WITNESS LIST**

Wolverine designates the following entities and individuals who may be called as witnesses at the Bifurcated Trial:

1

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | |
|---|---|
| Main Case No: 20-32643 | Name of Debtor: In re ENTREC Corporation, et al. |
| Adversary No: 20-03455 | Style of Adversary: ADV. No. 20-03455; *Wolverine Energy and Infrastructure, Inc.,* |
| | |
| **Witnesses:** | |
| | |
| Mr. Shannon Ostapovich – fact witness | **Judge:** Hon. Marvin Isgur |
| Mr. Jesse Douglas – fact witness | Courtroom Deputy: Tyler Laws |
| Mr. Nicholas Kieffer – fact witness | Hearing Date: April 15, 2021 |
| Mr. Doug Boulet – fact witness (*via* deposition) | Hearing Time: 9:30 a.m. |
| Mr. Jeanine Cable – fact witness (*via* deposition) | Party's Name: Wolverine Energy and Infrastructure, Inc. |
| Mr. Jesse Taylor – fact witness (*via* deposition) | Attorneys' Name: James Rogers and Clarissa Medrano |
| Mr. John Stevens – fact witness | Attorney's Phone: 713-968-3861 and 956-279-1800 |
| | Nature of Proceeding: Adversary Proceeding |

Wolverine reserves the right further reserves all rights to call (i) any witnesses designated by any other party in connection with the Bifurcated Trial; and, (ii) any witness necessary to rebut the testimony of any witness called or designated by any other party. As noted above, Mr. Boulet, Mr. Cable and Mr. Taylor are third party fact witnesses (now employed with Prolift Rigging) and will therefore likely be called *via* their sworn deposition testimony.

## EXHIBIT LIST

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | The Asset Purchase Agreement CONFIDENTIAL WE/ENTREC000001 - 000060 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2 | Plaintiff Wolverine's Inspection Itinerary & Summary CONFIDENTIAL WE/ENTREC000064 - 000067 | | | | |
| 3 | Plaintiff Wolverine's Photographs Taken During Inspection CONFIDENTIAL WE/ENTREC000068 - 000125 | | | | |
| 4 | Affidavit of Sabina Mancilla with Exhibits CONFIDENTIAL WE/ENTREC000126 - 000175 | | | | |
| 5 | September 17, 2020 Correspondence MONITOR_00001367 - _00001368 | | | | |
| 6 | September 25, 2020 Correspondence MONITOR_00002990 | | | | |
| 7 | September 29, 2020 Correspondence Re: Formal Notice of Election Pursuant to Clause 2.4… CONFIDENTIAL MONITOR_000066 - 000069 | | | | |
| 8 | Rouse Appraisals Submission Date: June 18, 2020 WE-ENTREC01820 - 01855 | | | | |
| 9 | ENTREC Cranes & Heavy Haul Inc. 5/31/2020 Appraisal Detail USD MONITOR_003393 - 003399 | | | | |
| 10 | Rouse Appraisals Submission Date: August 31, 2020 MONITOR_00003345 - 00003391 | | | | |
| 11 | ENTREC US 7/31/2020 Appraisal Detail (DRAFT) MONITOR_003392 | | | | |
| 12 | September 17, 2020 Correspondence to Adam Fowler Re: Insurance Loss History CONFIDENTIAL MONITOR_00001303 - 00001311 | | | | |
| 13 | September 29, 2020 Correspondence Re: Field Exam / Return of Deposit CONFIDENTIAL MONITOR_0000085 | | | | |
| 14 | September 25, 2020 Correspondence to Shannon Ostapovich Re: disposal CONFIDENTIAL MONITOR_00003055- 00003056 | | | | |

| # | Description | | | | |
|---|---|---|---|---|---|
| 15 | September 16, 2020 Correspondence to Shannon Ostapovich Re: Asset Verification<br>CONFIDENTIAL<br>MONITOR_00001184 | | | | |
| 16 | September 25, 2020 Correspondence to Shannon Ostapovich Re: Disposals<br>CONFIDENTIAL<br>MONITOR_00003033 | | | | |
| 17 | September 11, 2020 Correspondence to Shannon Ostapovich Re: List of trailers<br>CONFIDENTIAL<br>MONITOR_00000877- 00000878 | | | | |
| 18 | September 20, 2020 Correspondence to Shannon Ostapovich Re: Expedia flight purchase confirmation<br>CONFIDENTIAL<br>MONITOR_00001473 - 00001478 | | | | |
| 19 | September 20, 2020 Correspondence to Webster Lembke et al Re: Wolverine introduction<br>CONFIDENTIAL<br>MONITOR_00000884 | | | | |
| 20 | September 17, 2020 Correspondence to Shannon Ostapovich Re: ENTREC Insurance Loss History<br>CONFIDENTIAL<br>MONITOR_00001441 - 00001456 | | | | |
| 21 | September 22, 2020 Correspondence to Julie Afansiff Re: Rouse Appraisal<br>CONFIDENTIAL<br>MONITOR_0000208 – 0000211 | | | | |
| 22 | September 22, 2020 Correspondence to John Paul Smith Re: Rouse Appraisal<br>CONFIDENTIAL<br>MONITOR_0000156 – 0000161 | | | | |
| 23 | September 28, 2020 Correspondence to Joe Brennan Re: Issues Related to Asset Purchase Agreement…<br>CONFIDENTIAL<br>MONITOR_0000061 – 0000065 | | | | |
| 24 | Deposition Transcript of Richard Hatley<br>Deposition Date: April 1, 2021 | | | | |

4

| | | | | | |
|---|---|---|---|---|---|
| 25 | Deposition Transcript of John Stevens Deposition Date: March 9, 2021 | | | | |
| 26 | Shannon Ostapovich Notes CONFIDENTIAL WE-ENTREC003944 - 003950 | | | | |
| 27 | September 22, 2020 Correspondence to Julie Afansiff Re: Rouse Appraisal CONFIDENTIAL MONITOR_0000156 – 0000161 | | | | |
| 28 | September 24, 2020 Correspondence to Jesse Taylor Re: Sales list CONFIDENTIAL MONITOR_00002924 | | | | |
| 29 | Monitor's Responses to Wolverine's Requests for Production and Interrogatories | | | | |
| 30 | Plaintiff Wolverine's Amended Interrogatory and Request for Production Responses.pdf | | | | |
| 31 | September 22, 2020 Correspondence to Julie Afansiff Re: Rouse Appraisal CONFIDENTIAL MONITOR_0000162 – 0000167 | | | | |
| 32 | September 17, 2020 Correspondence to Jeanne Cable Re: Canadian registered pickup CONFIDENTIAL MONITOR_00001282 | | | | |
| 33 | September 24, 2020 Correspondence to Jeanne Cable Re: E-Tec CONFIDENTIAL MONITOR_00001813 - 00001822 | | | | |
| 34 | September 10, 2020 Correspondence to Shannon Ostapovich Re: Wind Attachment CONFIDENTIAL MONITOR_00000826 - 00000827 | | | | |
| 35 | September 16, 2020 Correspondence to Shannon Ostapovich Re: Asset Verification CONFIDENTIAL MONITOR_00001166 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 36 | September 16, 2020 Correspondence to Shannon Ostapovich Re: Asset Verification CONFIDENTIAL MONITOR_00001188 - 00001189 | | | | |
| 37 | September 29, 2020 Correspondence to Julie Afanasiff Re: Field Exam / Return of Deposit WE-ENTREC01452-01455 | | | | |
| 38 | Deposition Transcript of Jesse Taylor Deposition Date: March 10, 2021 | | | | |
| 39 | Deposition Transcript of Doug Boulet Deposition Date: March 10, 2021 | | | | |
| 40 | Deposition Transcript of Jeanne Cable Deposition Date: March 11, 2021 | | | | |
| 41 | Deposition Transcript of Nikolaus G. P. Kiefer Deposition Date: March 12, 2021 | | | | |
| 42 | Deposition Transcript of John Stevens Deposition Date: March 9, 2021 | | | | |

Wolverine reserves all rights to amend or supplement this exhibit list at or prior to the Bifurcated Trial. Wolverine further reserves all rights to offer into evidence any exhibits designated by any other party. Additionally, Wolverine further reserves all rights to use exhibits not listed herein for impeachment purposes at the Bifurcated Trial.

Dated: April 6, 2021

Respectfully submitted,

By: /s/ *James E. Rogers*
**James E. Rogers**
Texas Bar No. 24051265
Southern District of Texas Federal ID: # 614580
james.rogers@akerman.com
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
Telephone:  713-623-0887
Facsimile:   713-960-1527

**ATTORNEYS FOR PLAINTIFF WOLVERINE ENERGY AND INFRASTRUCTURE INC.**

**OF COUNSEL:**

**AKERMAN LLP**
**David W. Parham**
Tex. Bar No. 15459500
2001 Ross Avenue, Ste. 3600
Dallas, Texas 75201
Telephone:  214.720.4300
Facsimile:  214.981.9339
david.parham@akerman.com
**Clarissa R. Medrano**
State Bar No. 24106296
Southern District of Texas Federal ID: 3412754
clarissa.medrano@akerman.com

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document was served by the electronic case filing system on April 6, 2021, including the Debtors, their counsel, the U.S. Trustee and parties requesting notice by electronic case filing system.

      /s/ *James E. Rogers*
      James E. Rogers