# EXHIBIT 13

# Julie Afanasiff

| | |
|---|---|
| **From:** | Julie Afanasiff |
| **Sent:** | September 29, 2020 6:06 PM |
| **To:** | Tillman, Anthony |
| **Subject:** | FW: Field Exam / Return of Deposit |

Hi Anthony,

See further note from Wolverine below.

I know legal counsels are lobbing letters back and forth – do we want to have this call or leave it to the lawyers right now?  I'm on cell if you want to give me a shout to discuss.

Julie

---

**From:** Nikolaus Kiefer <nkiefer@wnrgi.com>
**Sent:** September 29, 2020 6:00 PM
**To:** Julie Afanasiff <jafanasiff@sequeirapartners.com>
**Cc:** Jesse Douglas <jdouglas@wnrgi.com>
**Subject:** Re: Field Exam / Return of Deposit

Julie - The lawyers have discussed, but can we set up a commercial call at some point tonight? I believe we should have Sequeira, ENT Mgmt (John Stevens) and the monitor (A&M) on this call as legal has discussed pushing out a one week extension to closing to figure out the rest as both parties intend to close. Anybody else you think is necessary for the call we can add and let's leave counsel out on both sides.


Thank you,

Nikolaus Kiefer
Chief Financial Officer

**Wolverine Energy and Infrastructure Inc.**
Suite 400, 2207 4th Street SW

Calgary, AB | T2S 1X1
**Email** nkiefer@wnrgi.com
**Mobile** 403.975.4575
wnrgi.com



24 Hour 1.800.435.3357

*SAVE RESOURCES. PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL.*
*DISCLAIMER: This email, including any attachment, is private and confidential. It should not be read, copied, disclosed or otherwise used by any person other than the intended recipient(s). If you have received this email in error, please notify the sender immediately.*

1